UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRENT ANTHONY McCLANAHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:14-cv-00925-SKO<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF; ORDER THEREON** |

IT IS HEREBY STIPULATED, by and between Brent Anthony McClanahan (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to file her response to Plaintiff's opening brief.  The current due date is May 28, 2015.  The new due date will be June 29, 2015.  This is the first extension of time requested by Defendant in the above-captioned matter.  Defense counsel requests this extension due to an extremely heavy caseload in June 2015, which includes nine dispositive briefs before the District Courts in California, Nevada and Illinois, as well as two substantive, time-sensitive non-litigation matters.  As a result, counsel for Defendant requires additional time to adequately consider and respond to the arguments Plaintiff raises in his opening brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Date: May 21, 2015              Respectfully submitted,

                                LAW OFFICE OF LAWRENCE D. ROHLFING

                                By:  /s/  *Steven Gilbert Rosales*
                                STEVEN GILBERT ROSALES
                                Attorneys for Plaintiff
                                (*As authorized by e-mail on May 21, 2015)

                                Respectfully submitted,

Date: May 21, 2015              BENJAMIN B. WAGNER
                                United States Attorney

                                By: /s/  *Jennifer Lee Tarn*
                                JENNIFER LEE TARN
                                Special Assistant United States Attorney
                                Attorney for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to Plaintiff's opening brief on or before June 29, 2015; and

2. Plaintiff may file a reply brief on or before July 14, 2015.

IT IS SO ORDERED.

   Dated:   **May 26, 2015**                    /s/ **Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE